DISMISS; Opinion issued January 16, 2013.



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00897-CV

## COLETTE WOODARDS, Appellant
### V.
## OPTION ONE MORTGAGE CORP., SAXON MORTGAGE SERVICE INC., AND THOMAS FETTERS, Appellees

On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-12-03324-D

## OPINION

Before Chief Justice Wright, Justice Lang-Miers and Justice Lewis
Opinion by Chief Justice Wright

Appellant's brief in this case is overdue. By letter dated November 5, 2012, we notified appellant the time for filing her brief had expired. We directed appellant to file her brief and an extension motion within ten days or the case would be dismissed. To date, appellant has not filed her brief, an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(1), 42.3(c).

_____
CAROLYN WRIGHT
CHIEF JUSTICE

120897F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

Colette Woodards, Appellant

No. 05-12-00897-CV        V.

Option One Mortgage Corp., Saxon
Mortgage Service Inc., and Thomas Fetters,
Appellees

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-12-03324-D.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees Option One Mortgage Corp., Saxon Mortgage Service Inc., and Thomas Fetters recover their costs of this appeal from appellant Colette Woodards.

Judgment entered this 16th day of January, 2013.

CAROLYN WRIGHT
CHIEF JUSTICE